| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
| | WStern@mofo.com |
| 2 | WILLIAM F. TARANTINO (CA SBN 215343) |
| | WTarantino@mofo.com |
| 3 | CLAUDIA M. VETESI (CA SBN 233485) |
| | CVetesi@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
| | TWININGS NORTH AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY LANOVAZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWININGS NORTH AMERICA, INC.,<br><br>Defendant. | Case No. CV12-02646-RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[CIVIL L.R. 6-1]**<br><br>Judge:  Hon. Ronald M. Whyte<br>Action Filed:  May 23, 2012 |

STIPULATION CONTINUING CMC
CASE NO. CV12-02646-RMW
sf-3180617

Pursuant to Civil Local Rule 6-1, plaintiff Nancy Lanovaz, on behalf of herself and all others similarly situated, and defendant Twinings North America, Inc. ("Twinings") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this action was filed in this Court on May 23, 2012;

WHEREAS, Twinings was served with the summons and Plaintiff's complaint (the "Complaint") on June 29, 2012;

WHEREAS, by stipulation the deadline for Twinings to answer or otherwise respond to the Complaint is August 31, 2012;

WHEREAS, the Court has scheduled the Case Management Conference for August 24, 2012 at 10:30 a.m.;

WHEREAS, the parties believe that this matter is not ready for an initial Case Management Conference given that Defendant will not have responded to the Complaint by August 24;

WHEREAS, lead counsel for Twinings has a scheduling conflict and is unable to attend the August 24 date;

WHEREAS, for the convenience of the parties and this Court, the parties respectfully request that the Case Management Conference should be continued to the date of the hearing on Defendant's motion, because, until the pleadings are settled, it is premature to set dates for further proceedings;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that pursuant to Local Rule 6-1(b), the Case Management Statement shall be continued to the date of the hearing on Defendant's motion [to be determined].

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 8, 2012 | WILLIAM L. STERN |
| 3 | | WILLIAM F. TARANTINO |
| | | CLAUDIA M. VETESI |
| 4 | | MORRISON & FOERSTER LLP |

By:  /s/ *William L. Stern*
     WILLIAM L. STERN

Attorneys for Defendant TWININGS NORTH AMERICA, INC.

Dated: August 8, 2012

Ben F. Pierce Gore
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008

By:  /s/ *Ben F. Pierce Gore*
     BEN F. PIERCE GORE

Attorney for Plaintiff

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: August 8, 2012

WILLIAM L. STERN
WILLIAM F. TARANTINO
CLAUDIA M. VETESI
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
　　　WILLIAM L. STERN

**[] ORDER**

PURSUANT TO STIPULATION, the Case Management Conference currently set for August 24, 2012 is vacated.

A Case Management Conference is set for October 5, 2012 at 10:30 a.m.

IT IS SO ORDERED.

DATED:  August 16, 2012

_____
RONALD M. WHYTE
United States District Judge

STIPULATION CONTINUING CMC
CASE NO. CV12-02646-RMW
sf-3180617

3