1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
3  LISA A. WONGCHENKO (CA SBN 281782)
   LWongchenko@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   TWININGS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY LANOVAZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWININGS NORTH AMERICA, INC.,<br><br>Defendant. | Case No. CV12-02646-RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[CIVIL L.R. 6-1]**<br><br>Judge: Hon. Ronald M. Whyte<br>Action Filed: May 23, 2012 |

1  Pursuant to Civil Local Rule 6-1, plaintiff Nancy Lanovaz, on behalf of herself and all
2  others similarly situated, and defendant Twinings North America, Inc. ("Twinings") through their
3  undersigned counsel, hereby stipulate as follows:
4  WHEREAS, this action was filed in this Court on May 23, 2012;
5  WHEREAS, Twinings was served with the summons and Plaintiff's complaint (the
6  "Complaint") on June 29, 2012;
7  WHEREAS, the Court has scheduled the Case Management Conference for October 5,
8  2012 at 10:30 a.m.;
9  WHEREAS, Twinings submitted its Motion to Dismiss the Complaint on August 31, 2012
10 and noticed the hearing for December 14, 2012;
11 WHEREAS, the parties believe that this matter is not ready for an initial Case
12 Management Conference given that Plaintiff intends to file an Amended Complaint and the
13 briefing on the Motion to Dismiss will not be complete by October 5;
14 WHEREAS, for the convenience of the parties and this Court, the parties respectfully
15 request that the Case Management Conference should be continued to December 14, 2012, the
16 date of the hearing on Defendant's motion, because, until the pleadings are settled, it is premature
17 to set dates for further proceedings;
18 IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that
19 pursuant to Local Rule 6-1(b), the Case Management Conference shall be continued to December
20 14.

| | | |
|---|---|---|
| 1 | Dated: September 5, 2012 | WILLIAM L. STERN |
| 2 | | CLAUDIA M. VETESI |
| | | LISA A. WONGCHENKO |
| 3 | | MORRISON & FOERSTER LLP |

By: /s/ *William L. Stern*
     WILLIAM L. STERN

Attorneys for Defendant TWININGS NORTH AMERICA, INC.

Dated: September 5, 2012

Ben F. Pierce Gore
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008

By: /s/ *Ben F. Pierce Gore*
     BEN F. PIERCE GORE

Attorney for Plaintiff

STIPULATION CONTINUING CMC
CASE NO. CV12-02646-RMW
sf-3191431

2

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: September 5, 2012

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By:  /s/ *William L. Stern*
       WILLIAM L. STERN

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  ~~FEDEG~~                          /s/ *Ronald M. Whyte*
                                                                  RONALD M. WHYTE
                                                                  United States District Judge

STIPULATION CONTINUING CMC
CASE NO. CV12-02646-RMW
sf-3191431

3