WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LISA A. WONGCHENKO (CA SBN 281782)
LWongchenko@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
TWININGS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY LANOVAZ, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>TWININGS NORTH AMERICA, INC.,<br><br>  Defendant. | Case No. CV12-02646-RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[CIVIL L.R. 6-1]**<br><br>Judge: Hon. Ronald M. Whyte<br>Action Filed: May 23, 2012 |

1  Pursuant to Civil Local Rule 6-1, plaintiff Nancy Lanovaz, on behalf of herself and all others similarly situated, and defendant Twinings North America, Inc. ("Twinings") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this action was filed in this Court on May 23, 2012, Twinings filed a Motion to Dismiss the Complaint on August 31, 2012, Plaintiff filed an Amended Complaint on September 20, 2013, and Twinings filed a Motion to Dismiss the Amended Complaint on October 15, 2012;

WHERAS, the Court issued an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss on February 25, 2013, and Plaintiff filed a Second Amended Complaint on March 19, 2013;

WHEREAS, Twinings intends to file a Motion to Dismiss the Second Amended Complaint on April 5, 2013 and will notice the hearing for May 10, 2013;

WHEREAS, the Court has scheduled the Case Management Conference for April 19, 2013 at 10:30 a.m.;

WHEREAS, the parties believe that this matter is not ready for an initial Case Management Conference given that the briefing on the Motion to Dismiss the Second Amended Complaint will not be completed by April 19, 2013;

WHEREAS, for the convenience of the parties and this Court, the parties respectfully request that the Case Management Conference should be continued to May 10, 2013, the date of the hearing on Defendant's motion, or to a later date after the Court has ruled on Defendant's motion because, until the pleadings are settled, it is premature to set dates for further proceedings;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that pursuant to Local Rule 6-1(b), the Case Management Conference shall be continued to May 10, 2013, or a later date to be determined by the Court.

STIPULATION CONTINUING CMC  1
CASE NO. CV12-02646-RMW
sf-3270348

| | | |
|---|---|---|
| Dated: April 4, 2013 | | WILLIAM L. STERN<br>CLAUDIA M. VETESI<br>LISA A. WONGCHENKO<br>MORRISON & FOERSTER LLP |
| | | By: /s/ *William L. Stern*<br>　　　WILLIAM L. STERN |
| | | Attorneys for Defendant TWININGS NORTH AMERICA, INC. |
| Dated: April 4, 2013 | | Ben F. Pierce Gore<br>PRATT & ASSOCIATES<br>1901 S. Bascom Avenue, Suite 350<br>Campbell, CA 95008 |
| | | By: /s/ *Ben F. Pierce Gore*<br>　　　BEN F. PIERCE GORE |
| | | Attorney for Plaintiff |

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: April 4, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By:  /s/ *William L. Stern*
    WILLIAM L. STERN

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____    /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

STIPULATION CONTINUING CMC
CASE NO. CV12-02646-RMW
sf-3270348

3