1 | WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
2 | CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
3 | LISA A. WONGCHENKO (CA SBN 281782)
LWongchenko@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California  94105-2482
Telephone: 415.268.7000
6 | Facsimile: 415.268.7522

7 | Attorneys for Defendant
TWININGS NORTH AMERICA, INC.
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

13 | NANCY LANOVAZ, on behalf of herself and all others similarly situated,

Case No. CV12-02646-RMW

**CLASS ACTION**

Plaintiff,

**JOINT LITIGATION SCHEDULE AND [] ORDER**

v.

TWININGS NORTH AMERICA, INC.,

Judge: Hon. Ronald M. Whyte
Action Filed: May 23, 2012

Defendant.

JOINT LITIGATION SCHEDULE
CASE NO. CV-12-02646-RMW
sf-3288117

The parties, Nancy Lanovaz ("Plaintiff") and Twinings North America, Inc. ("Twinings" or "Defendant") submit this Joint Proposed Litigation Schedule pursuant to this Court's May 10, 2013 docket entry.  (Dkt. 57.)

### 1) LITIGATION SCHEDULE

The parties jointly propose the following litigation schedule:

| | |
|---|---|
| **Deadline to Exchange Initial Disclosures**: | June 10, 2013 |
| **Plaintiff's Motion for Class Certification**: | November 15, 2013 |
| **Defendant's Opposition**: | February 14, 2014 |
| **Plaintiff's Reply**: | March 14, 2014 |
| **Hearing on Class Certification**: | April 11, 2014 |

The parties will begin the discovery process immediately.  Defendant intends to file an early motion for summary judgment focused on Ms. Lanovaz in her individual capacity on or before April 11, 2014.

### 2) SETTLEMENT AND ADR

The parties have agreed to mediation, and the Court has ordered that it occur within 90 days of the ruling on Defendant's Motion to Dismiss the First Amended Complaint.  (Dkt. 28.) The parties have conducted two phone conferences with the Court's ADR representative, and all parties concluded that, in light of the Motion to Dismiss the Second Amended Complaint, the mediation should occur within 90 days of the ruling on this motion, rather than the prior motion. The parties respectfully request that the Court agree to this extension.

| | | |
|---|---|---|
| 1 | Dated: May 24, 2013 | BEN F. PIERCE GORE<br>PRATT & ASSOCIATES |
| 2 | | |
| 3 | | By:  /s/ *Ben F. Pierce Gore* |
| 4 | | Ben F. Pierce Gore |
| 5 | | Attorneys for Plaintiff<br>NANCY LANOVAZ |
| 9 | Dated: May 24, 2013 | WILLIAM L. STERN<br>CLAUDIA M. VETESI<br>LISA A. WONGCHENKO<br>MORRISON & FOERSTER LLP |
| 12 | | By:  /s/ *William L. Stern* |
| | | William L. Stern |
| 14 | | Attorneys for Defendant<br>TWININGS NORTH AMERICA, INC. |

JOINT LITIGATION SCHEDULE
CASE NO. CV-12-02646-RMW
sf-3200663

2

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **JOINT PROPOSED LITIGATION SCHEDULE**.  In compliance with General Order 45, X.B., I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: May 24, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
         WILLIAM L. STERN

**[] ORDER**

PURSUANT TO THE PARTIES PROPOSAL, IT IS SO ORDERED.

DATED: _____        /s/ Ronald M. Whyte
                                      _____
                                      RONALD M. WHYTE
                                      United States District Judge

JOINT LITIGATION SCHEDULE
CASE NO. CV-12-02646-RMW
sf-3200663

3