| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
|   | WStern@mofo.com |
| 2 | CLAUDIA M. VETESI (CA SBN 233485) |
|   | CVetesi@mofo.com |
| 3 | LISA A. WONGCHENKO (CA SBN 281782) |
|   | LWongchenko@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
|   | TWININGS NORTH AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY LANOVAZ, on behalf of herself and all others similarly situated, | Case No. CV12-02646-RMW |
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATION AND [] ORDER CONTINUING MEDIATION DEADLINE** |
| TWININGS NORTH AMERICA, INC., | |
| Defendant. | **[CIVIL L.R. 6-1]** |
| | Judge: Hon. Ronald M. Whyte |
| | Action Filed: May 23, 2012 |

STIPULATION CONTINUING MEDIATION
CASE NO. CV12-02646-RMW
sf-3319034

1     Pursuant to Civil Local Rule 6-1, plaintiff Nancy Lanovaz, on behalf of herself and all others similarly situated, and defendant Twinings North America, Inc. ("Twinings") through their undersigned counsel, hereby stipulate as follows:

    WHEREAS, this action was filed in this Court on May 23, 2012, and Twinings answered the Third Amended Complaint on July 8, 2013;

    WHEREAS, the Court ordered that mediation should occur within 90 days of the ruling on Defendant's Motion to Dismiss the Second Amended Complaint, which was issued on May 23, 2013;

    WHEREAS, the parties have conducted three phone calls with the ADR unit. On July 17, 2013, the parties and the ADR unit agreed that, in order to allow time for discovery, the mediation deadline should be extended 120 days. Such an extension will allow the parties to be better prepared and have a more productive mediation session.

    IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, subject to the approval of the Court, that the mediation deadline is extended 120 days.

Dated: August 9, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
     WILLIAM L. STERN

Attorneys for Defendant TWININGS NORTH AMERICA, INC.

Dated: August 9, 2013

Ben F. Pierce Gore
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126

By: /s/ *Ben F. Pierce Gore*
     BEN F. PIERCE GORE

Attorney for Plaintiff

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION CONTINUING MEDIATION DEADLINE**. In compliance with Civil Local Rule 5-1(i), I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: August 9, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
     WILLIAM L. STERN

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/12/13

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge