1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   CLAUDIA M. VETESI (CA SBN 233485)
    CVetesi@mofo.com
3   KATHLEEN B. RONEY (CA SBN 268446)
    KRoney@mofo.com
4   MORRISON & FOERSTER LLP                    E-FILED on 1/13/14
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendant
    TWININGS NORTH AMERICA, INC.
8

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14   NANCY LANOVAZ, on behalf of herself and all        Case No. CV12-02646-RMW
     others similarly situated,
15                                                       **CLASS ACTION**
                         Plaintiff,
16                                                       **STIPULATION AND
              v.                                         [] ORDER
17                                                       CONTINUING MEDIATION
     TWININGS NORTH AMERICA, INC.,                       DEADLINE**
18
                         Defendant.                      **[CIVIL L.R. 6-1]**
19
20                                                       Judge:  Hon. Ronald M. Whyte
                                                         Action Filed:  May 23, 2012
21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-1, Plaintiff Nancy Lanovaz ("Plaintiff"), on behalf of

2    herself and all others similarly situated, and Defendant Twinings North America, Inc.

3    ("Twinings") through their undersigned counsel, hereby stipulate as follows:

4    WHEREAS, this action was filed in this Court on May 23, 2012, and Twinings answered

5    the Third Amended Complaint on July 8, 2013;

6    WHEREAS, Twinings moved for summary judgment as to the named plaintiff on

7    September 6, 2013, and, on January 6, 2014, the Court issued an order grating in part and denying

8    in part Twinings' motion;

9    WHEREAS, Plaintiff filed her Motion for Class Certification on November 14, 2013,

10   Twinings' Opposition to Class Certification is due on February 14, 2014, Plaintiff's Reply in

11   Support of Class Certification is due on March 14, 2014, and the hearing on the Motion for Class

12   Certification will occur on April 11, 2014;

13   WHEREAS, the meditation is currently scheduled for February 7, 2014;

14   WHEREAS, counsel for Defendant and counsel for Plaintiff participated in a mediation

15   on December 18, 2013, for one of Plaintiff's counsel's similar food labeling cases, *Brazil v. Dole*

16   *Food Company, Inc.*, No. 12-cv-01831-LHK (N.D. Cal.).  The mediator in *Brazil,* Sue Stott, has

17   also been assigned to this case.  The mediation was not productive, due in large part to the many

18   unresolved legal issues in the case.  The parties, as well as Ms. Stott, agreed that postponement of

19   future mediations in these cases would be beneficial.  Indeed, Ms. Stott sent an email to Howard

20   Herman, the Court's ADR Chief, explaining her concerns with mediating the cases at this stage.

21   The ADR department leaders expressed a desire to help the parties by moving deadlines where

22   postponement would be useful;

23   WHEREAS, without rulings on the key issues in this case, the parties believe that they

24   cannot effectively engage in mediation.  While the Court has ruled on Twinings' motion for

25   summary judgment as to the named plaintiff, the many unresolved legal issues relating to class

26   certification and summary judgment as to class issues are a barrier to having a successful

27   mediation.  The parties believe that mediation at this time would be as futile as the *Brazil*

28   mediation.  They jointly request that the meditation deadline be extended so that the parties can

1    benefit from the resolution of Plaintiffs' Motion for Class Certification and the parties' future

2    motions for summary judgment;

3          IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel,

4    subject to the approval of the Court, that the mediation deadline is postponed until after the Court

5    rules on class certification and 90 days after the Court rules on dispositive motions.

6

7    Dated: January 8, 2014                    WILLIAM L. STERN
                                              CLAUDIA M. VETESI
8                                             KATIE B. RONEY
                                              MORRISON & FOERSTER LLP
9

10

11                                            By:   /s/ William L. Stern
                                                    WILLIAM L. STERN
12
                                              Attorneys for Defendant TWININGS
13                                            NORTH AMERICA, INC.

14   Dated: January 8, 2014                    Ben F. Pierce Gore
                                              PRATT & ASSOCIATES
15                                            1871 The Alameda, Suite 425
                                              San Jose, CA 95126
16

17
                                              By:   /s/ Ben F. Pierce Gore
18                                                  BEN F. PIERCE GORE

19                                                Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the

following:  **STIPULATION CONTINUING MEDIATION DEADLINE**.  In compliance with

Civil Local Rule 5-1(i), I hereby attest that Ben F. Pierce Gore has concurred in this filing.


Dated:  January 8, 2014

WILLIAM L. STERN
CLAUDIA M. VETESI
KATIE B. RONEY
MORRISON & FOERSTER LLP


By:  /s/ William L. Stern
WILLIAM L. STERN


**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____

_____
RONALD M. WHYTE
United States District Judge