**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JUL 09 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NANCY LANOVAZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff - Petitioner,<br><br>  v.<br><br>TWININGS NORTH AMERICA, INC.,<br><br>    Defendant - Respondent. | No. 14-80070<br><br>D.C. No. 5:12-cv-02646-RMW<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: HAWKINS and WARDLAW, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's April 24, 2014 order denying in part petitioner's motion for class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

Respondent's conditional cross-petition for permission to appeal is denied as moot.

DA/MOATT