WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LISA A. WONGCHENKO (CA SBN 281782)
LWongchenko@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
TWININGS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY LANOVAZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWININGS NORTH AMERICA, INC.,<br><br>Defendant. | Case No. CV12-02646-RMW<br><br>**CLASS ACTION**<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Judge:  Hon. Ronald M. Whyte<br>Action  Filed:  May 23, 2012 |

Having considered the parties' arguments presented at the August 8, 2014 Case Management Conference, **IT IS HEREBY ORDERED:**

Plaintiff's motion for reconsideration from the Court's order granting in part and denying in part plaintiff's motion for class certification (Dkt. 132) shall be filed by **August 29, 2014.** The motion shall explain what new facts justify the motion for reconsideration; what discovery is necessary to perfect a new motion for class certification and why these issues were not raised previously.

Defendant's opposition shall be filed by **September 12, 2014**.

The motion will be deemed submitted on the papers without oral argument and a ruling will be issued.

DATED: August 14, 2014

_____
HONORABLE RONALD M. WHYTE
United States District Court Judge