UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY LANOVAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TWININGS NORTH AMERICA, INC,<br><br>    Defendant. | Case No. 5:12-cv-02646-RMW (HRL)<br><br>**SECOND INTERIM ORDER RE IN CAMERA REVIEW** |

**By November 30, 2015**, defendant shall do the following:

1. Lodge a copy of PRIV_TW011 and PRIV_TW020 with the undersigned's chambers.

2. In its supplemental briefing, defendant has made assertions about the nature of its relationship with various third parties such that, defendant says, the attorney-client privilege applies to communications involving those third parties. Defendant shall submit whatever declaration(s) from appropriate person(s) are necessary to establish those assertions. See, e.g., Energy Capital Corp. v. United States, 45 Fed. Cl. 481, 492 (2000) ("A detailed factual showing is necessary to establish the relationship between the client and a third party that is sought to be included within the protection of the attorney-client privilege.").[1] To the extent plaintiff feels it is

---

[1] This court recognizes that its first interim order indicated that defendant's supplemental briefing was limited to no more than a 5-page supplemental brief. (Dkt. 168). Therefore, in an abundance of caution, this court will give defendant an opportunity to support assertions made in that brief.

1  truly necessary for resolution of the dispute re privilege issues, she may file a response (no more
2  than 5 pages) to defendant's declaration(s).  Any such response shall be filed no later than
3  **December 3, 2015**.
4      SO ORDERED.
5  Dated:   November 20, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:12-cv-02646-RMW Notice has been electronically mailed to:

Ben F. Pierce Gore     pgore@prattattorneys.com, cotto@prattattorneys.com, dawn@cfbfirm.com, ntmaddux@barrettlawgroup.com, PTaylor@barrettlawgroup.com, rtrazo@prattattorneys.com

Brian K Herrington     bherrington@barrettlawgroup.com, bherrington@pacernotice.com

Charles F. Barrett     charles@cfbfirm.com, dawn@cfbfirm.com

Claudia Maria Vetesi     cvetesi@mofo.com, lsario@mofo.com

J. Price Coleman     colemanlawfirmpa@bellsouth.net

William Francis Tarantino     wtarantino@mofo.com

William Lewis Stern     wstern@mofo.com, jhaskins@mofo.com, lisaflores@mofo.com, lwongchenko@mofo.com