Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

J. Price Coleman (*Pro Hac Vice*)
Coleman Law Firm
1100 Tyler Avenue, Suite 102
Oxford, MS 38655
Telephone: (662) 236-0047
Facsimile: (662) 513-0072
colemanlawfirmpa@bellsouth.net

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY LANOVAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWININGS NORTH AMERICA, INC.<br><br>Defendant. | Case No. CV 12-02646 RMW<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION** |

Plaintiff, through the undersigned counsel, submits this Statement of Recent Decision under Local Rule 7-3(d)(2). Attached hereto as **Exhibit A** is a true and correct copy of a decision from the United States Court of Appeals for the Ninth Circuit styled *Scott Bishop v. 7-Eleven, Inc.,* Dkt. No. 39-1, No. 14-15986, D.C. No. 5:12-CV-02621 EJD (9th Cir. June 7, 2016). This decision from the Ninth Circuit reversed the grant of a Rule 12(b)(6) dismissal regarding issues now before the Court in Defendant's Motion for Summary Judgment.

| | |
|---|---|
| Dated: June 7, 2016 | Respectfully submitted, |
| | /s/ J. Price Coleman |
| | J. Price Coleman (*pro hac vice*) |
| | Coleman Law Firm |
| | 1100 Tyler Avenue, Suite 102 |
| | Oxford, MS 38655 |
| | Telephone: (662) 236-0047 |
| | colemanlawfirmpa@bellsouth.net |
| | *Attorneys for Plaintiff Daryl De Keczer* |

## CERTIFICATE OF SERVICE

I hereby certify that I have on June 7, 2016 filed and served through the Court's ECF system a true and correct copy of the foregoing.

/s/ J. Price Coleman

PLAINTIFF'S STATEMENT OF RECENT DECISIONS
Case No. CV12-02646 RMW

2