UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY LANOVAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWININGS NORTH AMERICA, INC,<br><br>　　　　Defendant. | Case No. 5:12-cv-02646-RMW (HRL)<br><br>**ORDER FOLLOWING IN CAMERA REVIEW** |

　　This court having completed the *in camera* review of defendant's documents, those documents will be returned to defendant; or, alternatively, the court will dispose of them. If defendant wishes to retrieve its documents, counsel shall contact the undersigned's chambers within 3 days from the date of this order to arrange a date and time to pick them up.

　　SO ORDERED.

Dated: July 13, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:12-cv-02646-RMW Notice has been electronically mailed to:

Ben F. Pierce Gore    pgore@prattattorneys.com, cotto@prattattorneys.com, dawn@cfbfirm.com, ntmaddux@barrettlawgroup.com, PTaylor@barrettlawgroup.com, rtrazo@prattattorneys.com

Charles F. Barrett    cbarrett@nealharwell.com, dgarrison@nealharwell.com

Claudia Maria Vetesi    cvetesi@mofo.com, ecf-9d8e07160ff2@ecf.pacerpro.com, jhaskins@mofo.com

J. Price Coleman    colemanlawfirmpa@bellsouth.net

William Francis Tarantino    wtarantino@mofo.com

William Lewis Stern    wstern@mofo.com, jhaskins@mofo.com, lisaflores@mofo.com