UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY LANOVAZ,<br><br>    Plaintiff,<br><br>v.<br><br>TWININGS NORTH AMERICA, INC,<br><br>    Defendant. | Case No.  12-cv-02646-RMW<br><br>**JUDGMENT** |

The court has granted summary judgment in favor of defendant. *See* Dkt. No. 232. Accordingly, judgment is entered in favor of defendant and against plaintiff. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: September 6, 2016

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

12-cv-02646-RMW
JUDGMENT

1